Michael J. Sexton, State Bar No. 153435
michael.sexton@ogletreedeakins.com
Jill V. Cartwright, State Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
HOME DEPOT, U.S.A., INC. erroneously sued as
THE HOME DEPOT, U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EMEHIZER,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE HOME DEPOT, U.S.A., INC. and DOES 1 to 30,<br><br>          Defendants. | Case No. 3:12-cv-01471-LB<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation Re Dismissal With Prejudice (Dkt No. 7) filed by Plaintiff Anthony Emehizer and Defendant Home Depot U.S.A., Inc., and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

This matter is dismissed with prejudice as to Home Depot U.S.A., Inc., each party to bear his or its own attorneys' fees and costs.

Date: ___July 10___, 2012

_____
Honorable Laurel Beeler
United States Magistrate Judge

12720970.1 (OGLETREE)